LAMB vs. TAYLOR ET AL.    LAMB vs. FARRELLY.

Judgments reversed — opinion in preceding case.